DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEONARDO SPEARS,**
Appellant,

v.

**AGENCY FOR PERSONS WITH DISABILITIES,**
Appellee.

No. 4D2023-0213

[December 21, 2023]

Administrative appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings; L.T. Case No. 22F-03641.

John Walsh of Legal Aid Society of Palm Beach, West Palm Beach, for appellant.

Carrie Beth McNamara of Agency for Persons with Disabilities, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***